LAUREL A. HOEHN (CA State Bar No. 232946)
Supervising Deputy County Counsel
TOM BUNTON (CA State Bar No. 193560)
County Counsel
385 North Arrowhead Avenue, Fourth Floor
San Bernardino, California 92415
Telephone: (909) 387-5287
Facsimile: (909) 387-4069
E-Mail: laurel.hoehn@cc.sbcounty.gov

Attorneys for Defendants, COUNTY OF SAN BERNARDINO and DEPUTY ROGER ALFARO

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID JOSEPH SILVA, individually,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF SAN BERNARDINO; DEPUTY ROGER ALFARO; and DOES 1-10, Inclusive.<br><br>Defendants. | Case No. 5:22-cv-01609-SSS-KK<br><br>**JOINT NOTICE OF SETTLEMENT**<br><br>Assigned to:<br>Honorable Sunshine S. Sykes<br>United States District Judge<br><br>Referred to:<br>Honorable Kenly Kiya Kato<br>United States Magistrate Judge |

**TO THIS HONORABLE COURT:**

PLEASE TAKE NOTICE THAT the parties have reached a settlement in this matter, which will resolve this entire action.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1
JOINT NOTICE OF SETTLEMENT

Counsel are finalizing settlement documentation and upon disbursement of the settlement funds, the parties will file a formal stipulation of dismissal with prejudice.

DATED: January 17, 2024	TOM BUNTON
	County Counsel


	*/s/ Laurel A. Hoehn*
	LAUREL A. HOEHN
	Deputy County Counsel
	Attorneys for Defendants COUNTY OF SAN BERNARDINO and DPEUTY ROGER ALFARO

DATED: January 31, 2024	LAW OFFICE OF SHARON J. BRUNNER


	*/s/ Sharon J. Brunner*
	SHARON J. BRUNNER
	Attorneys for Plaintiff DAVID JOSEPH SILVA

DATED: January 31, 2024	LAW OFFICE OF JAMES TERRELL


	*/s/ James S. Terrell*
	JAMES S. TERRELL
	Attorneys for Plaintiff DAVID JOSEPH SILVA