LAUREL A. HOEHN (CA State Bar No. 232946)
Supervising Deputy County Counsel
TOM BUNTON (CA State Bar No. 193560)
County Counsel
385 North Arrowhead Avenue, Fourth Floor
San Bernardino, California 92415
Telephone: (909) 387-5287
Facsimile: (909) 387-4069
E-Mail: laurel.hoehn@cc.sbcounty.gov

Attorneys for Defendants, COUNTY OF SAN BERNARDINO and DEPUTY ROGER ALFARO

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID JOSEPH SILVA, individually,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>COUNTY OF SAN BERNARDINO; DEPUTY ROGER ALFARO; and DOES 1-10, Inclusive.<br><br>　　　　　Defendants. | Case No. 5:22-cv-01609-SSS-KK<br><br>**JOINT STIPULATION FOR DISMISSAL**<br><br>Assigned to:<br>Honorable Sunshine S. Sykes<br>United States District Judge<br><br>Referred to:<br>Honorable Kenly Kiya Kato<br>United States Magistrate Judge |

**TO THIS HONORABLE COURT:**

　　Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the undersigned counsel for all parties who have appeared in this case hereby stipulate to the complete dismissal of the above-captioned action, with prejudice. Each side is to bear its own attorney's fees and costs incurred in the matter.

/ / /

/ / /

/ / /

/ / /

Pursuant to Local Rule 5-4.3.4(a)(2)(i), the filer of this Stipulation attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED: February 20, 2024	TOM BUNTON
County Counsel

*/s/ Laurel A. Hoehn*
LAUREL A. HOEHN
Deputy County Counsel
Attorneys for Defendants COUNTY OF SAN BERNARDINO and DPEUTY ROGER ALFARO

DATED: February 20, 2024	LAW OFFICE OF SHARON J. BRUNNER

*/s/ Sharon J. Brunner*
SHARON J. BRUNNER
Attorneys for Plaintiff DAVID JOSEPH SILVA

DATED: February 20, 2024	LAW OFFICE OF JAMES TERRELL

*/s/ James S. Terrell*
JAMES S. TERRELL
Attorneys for Plaintiff DAVID JOSEPH SILVA